United States District Court /SAN FRANCISCO, CALIF.,
~~Eastern~~ District of ~~Washington~~

FILED
AUG -1 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CV 19-4433 HSG

(PR)

John Robert Demos,
The Society of T.R.U.T.H.,
_____
_____
(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Google, Apple, Oracle, Facebook, Yahoo, U-Tube, Instagram,
Mobil, Occidental, Shell, Standard Oil, A.T.+T., Chevron, Gulf Oil,
Sunoco, Phillips 66, Marathon, Texaco, Amazon, Penn Zoil,
Intel, Exxon,
_____
_____
Et Al.,
(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)

Case No. _____
(To be filled out by Clerk's Office only)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Demos, John R
Name (Last, First, MI)                                Aliases

287455
Prisoner ID #

The Washington State Penitentiary
Place of Detention

1313 North 13th Street
Institutional Address

Walla Walla, Washington, 99362
County, City                    State           Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    John Doe
Name (Last, First)

Chairman of Facebook
Current Job Title

Current Work Address

California
County, City      State      Zip Code

Defendant 2:    John Doe
Name (Last, First)

Chairman of Amazon
Current Job Title

Current Work Address

California
County, City      State      Zip Code

**Defendant(s) Continued**

Defendant 3:  John Doe
Name (Last, First)

Chairman of Apple
Current Job Title

Current Work Address

California
County, City          State          Zip Code


Defendant 4:  John Doe
Name (Last, First)

Chairman of Oracle
Current Job Title

Current Work Address

California
County, City          State          Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: THE STATE OF CALIFORNIA

Date(s) of occurrence: 1967 THRU 2019

State which of your federal constitutional or federal statutory rights have been violated:
1st, 5th, 8th, + 14th Amendment, THE PREAMBLE TO THE U.S. CONSTITUTION,

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: PLAINTIFF Demos CHARGES THE NAMED DEFENDANTS WITH CONSPIRACY, OPERATING MONOPOLIES, COMBINATIONS, TYING ARRANGEMENTS, ILLEGAL PRICE FIXING, RECIPROCAL DEALING, COLLUSION, GRATUITIES, PRICING & PREDATION, HORIZONTAL PRICE FIXING, FRAUD, CONFLICT OF INTREST, IN VIOLATION OF THE SHERMAN ACT, THE ROBINSON-PATMAN ACT, THE CLAYTON ACT, THE HART-SCOTT-RODINO-ANTI-TRUST ACT, THE WILSON TARIFF ACT, PLAINTIFF Demos IS A USER OF ARTIFICIAL INTELLIGENCE PRODUCTS, AND INTELLECTUAL PROPERTY PRODUCTS WHILE CONFINED HERE AT THE WASHINGTON STATE PENITENTIARY AND OVER THE YEARS WHILE CONFINED IN THE DEPARTMENT OF CORRECTIONS. THE HIGH TECH INDUSTRY USES "OIL" TO BUILD, CONSTRUCT, AND POWER THEIR PRODUCTS. THE MAJOR OIL COMPANIES UTILIZE ARTIFICIAL INTELLIGENCE TO FACILITATE THEIR ACCOUNTING, BUSINESS, TREASURY, AND CORPORATE FUNCTIONS. WITHOUT HIGH TECH BIG OIL COULD NOT EXIST. WITHOUT BIG OIL HIGH TECH COULD NOT EXIST. THE 2002 SARBANES-OXLEY ACT WAS AIMED AT PREVENTING CORPORATE MALFEASANCE, MISFEASANCE, & CORRUPTION.

America's use of Top Secret Neo-Tech codes, logos, acronyms, & euphemisms has been breached, and decoded by Terrorists.

All of America's Nuclear Secrets have been downloaded on Hard Drive Computer Disc.

The Breach of Security compromises John Demos' Health & Security, and places Demos' life in danger, in "Imminent Danger".

Plaintiff Demos charges the Neo-Tech Giants such as Amazon, Facebook, Oracle, Apple, Yahoo, U Tube, with

1. Vertical Restraints on Territory, & Sales,
2. Technology & Trademark licensing violations,
3. Intellectual Property Misuse,
4. Placing Malfunctioning Products into the Market, and in Commerce.
5. Engaging in Predatory Mergers and Acquisitions in Restraint of Trade,


I Invoke the Noerr-Pennington Doctrine, 381 U.S. 657,
The Sherman Act,
  The Clayton Act,
  The Wilson Tariff Act,
  The Robinson-Patman Act,
  The Hart-Scott-Rodino Act,

Software giants such as Amazon, Google, Yahoo, & Apple rule the Information Highway, and Information Technology.

America's New Age, 21st Century Warplanes, Missile Systems, Submarines, are Computer Driven, Automated, and Controlled. Current & Prior Security Breaches & Glitches In Computer Technology Place John Demos In Imminent Danger.

Information Technology Rules The World.

Facebook is About To Introduce "Digital Currency". Digital Currency will make Every Man, Woman, and Child a "Slave" Of The State, And will give Everyone "The Mark Of The Beast". Should I Refuse The Mark Of The Beast I will be Placed In Imminent Danger. Here At The Washington State Penitentiary The Mark Of The Beast Has Already been Introduced, As Inmates Are Not Allowed To Possess "Cash".

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
If no, explain why not:

This is Not A GRieveAble Issue

Is the grievance process completed?   ☑ Yes   ☐ No
If no, explain why not:


## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I SEEK "Anti-Trust" DAmAGEs In The Ammount of $25 Million Dollars.

I SEEK The Appointment of counsel.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?  __SeveRAl__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

The U.S. District Court of Washington, D.C.,
CAse # 99-1046
42 Usc 1983 Civil Rights
My case Was dismissed

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

7-24-2019
Dated

John R. Demos
Plaintiff's Signature

Demos, John, R.
Printed Name (Last, First, MI)

#287455
Prison Identification #

Washington State Penitentiary
1313 North 13th Street - Walla Walla, WA., 99362
Prison Address                City                State    Zip Code

## AFFIDAVIT - 475 U.S. 868,

STATE OF WASHINGTON       )
                          ) ss:
COUNTY OF WAIIA WAIIA     )

I, John R. Demos, declare under penalty of perjury that the following statements within this affidavit are true and correct to the best of my knowledge and has been executed on this 24TH day of July, 2019, in the County of WAIIA WAIIA, Washington:

A: PlAintiff PleAds "Imminent DANGeR".

(Affiant's Signature) #287455
John R. Demos

Subscribed and Sworn to before me this _____ day of _____, 2_____.

Signed, _____
Notary Public in and for the
State of Washington.
Residing in Walla Walla County.
My commission expires: _____.

NoTARy Is UNAVAIIAbIE, I INvokE,
28 USC 1621, 1746,
18 USC 152, 3517,

# INMATE

## June 20, 2019 - 8:30 AM

## Transmittal Information

**Filed with Court:** Supreme Court
**Appellate Court Case Number:** 97210-9
**Appellate Court Case Title:** Personal Restraint Petition of John Robert Demos Jr.
**Superior Court Case Number:** 88-1-01388-4

DOC filing of DEMOS Inmate DOC Number 287455

**The following documents have been uploaded:**

- 972109_20190620083005SC217390_5927_InmateFiling.pdf {ts '2019-06-20 08:25:41'}

    *The Original File Name was DOC1pWAL1061@doc1.wa.gov_20190620_092529.pdf*

The DOC Facility ID is 15.
The Inmate/Filer's Last Name is DEMOS.
The Inmate DOC Number is 287455.
The CaseNumber is 972109.
The Comment is 1OF1.
The entire orginal email subject is 15,DEMOS,287455,972109,1OF1.
The email contained the following message:

Reply to: DOC1pWAL1061@doc1.wa.gov <DOC1pWAL1061@doc1.wa.gov> Device Name: DOC1pWAL1061 Device Model: MX-M365N Location: WAL1-B40 SC 2nd Fl, Ell File Format: PDF (Medium) Resolution: 300dpi x 300dpi Attached file is scanned image in PDF format. Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document. Adobe(R)Reader(R) can be downloaded from the following URL: Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.     http://www.adobe.com/

The following email addresses also received a copy of this email:

  A copy of the uploaded files will be sent to:
- johnd2@atg.wa.gov
- correader@atg.wa.gov

**Note: The Filing Id is 20190620083005SC217390**