UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-04433-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order of Dismissal, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/27/2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge